UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

Case No 8:04-bk-12687-MGW

Richard D. Casper

_____Debtor*_____/

ORDER GRANTING
MOTION FOR PAYMENT OF UNCLAIMED FUNDS

**THIS CASE** came on for consideration, without a hearing, upon the Motion for Payment of Unclaimed Funds filed by Grissim H. Walker, Jr., Esquire on behalf Douglas A. Kilby for Southern Sun Construction, Inc. The Court having reviewed the record and being advised by the Financial Administrator finds that the sum of $8,434.95 has been deposited in the Registry of the Court and that the Motion should be granted.

Accordingly, it is

**ORDERED** that the Motion for Payment of Unclaimed Funds filed by Grissim H. Walker, Jr., Esquire on behalf Douglas A. Kilby for Southern Sun Construction, Inc. is granted. The Clerk of Court for the United States Bankruptcy Court shall pay the unclaimed funds in the total amount of $8,434.95 to the order of: Southern Sun Construction, Inc., c/o Grissim H. Walker, Jr., Esquire, Consumer Law Center PA, 537 10th Street, West, Bradenton, Florida 34205.

**DONE AND ORDERED** in Chambers at Tampa, Florida on November 13, 2009.

Michael G. Williamson
United States Bankruptcy Judge

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.